Hayes R. HARRIS, Appellant

v.

PENNSYLVANIA RAILROAD COM-
PANY, a corporation.

No. 13165.

United States Court of Appeals
Third Circuit.

Argued Nov. 14, 1960.

Decided Nov. 21, 1960.

Blair A. Griffith, Greensburg, Pa., for appellant.

Samuel W. Pringle, Pittsburgh, Pa. (Pringle, Bredin & Martin, Pittsburgh, Pa., on the brief), for appellee.

Before GOODRICH, KALODNER and STALEY, Circuit Judges.

PER CURIAM.

This is a claim by a plaintiff against a defendant railroad based upon asserted liability under the F.E.L.A. The case was tried to a jury and the jury under instructions from the trial judge which are not complained of returned a verdict for the defendant.

The plaintiff bases his appeal upon the claim that there was not substantial evidence to support the jury's finding and that we should review the order of the trial judge in denying plaintiff's motion for a new trial. The difficulty with the plaintiff's position is that the facts were fully developed at the trial and submitted to the jury. The jury evidently did not accept the plaintiff's version of the claimed operative facts. There was a fair basis for the jury's consideration and its verdict must stand.

The judgment will be affirmed.

Mose DUBERSTEIN and Sylvia Duberstein, husband and wife,

v.

COMMISSIONER OF INTERNAL REVENUE.

No. 13646.

United States Court of Appeals
Sixth Circuit.

Nov. 7, 1960.

Sidney G. Kusworm, Dayton, Ohio, on brief, for appellants.

Andrew F. Oehmann, Acting Asst. Atty. Gen., and Lee A. Jackson, Melva M. Graney, Arthur I. Gould, Attorneys, Department of Justice, Washington, D. C., on brief; Charles K. Rice, Asst. Atty. Gen., and Arch M. Cantrall, Chief Counsel, Joseph F. Goetten, Charles P. Dugan, Attorneys, Department of Justice, Washington, D. C., on docket, for appellee.

Before MARTIN, MILLER and O'SULLIVAN, Circuit Judges.

ORDER.

On April 8, 1959, judgment was entered in this court, 265 F.2d 28, reversing the decision of the Tax Court of the United States in this cause. The aforesaid judgment of this court has now been reversed by the United States Supreme Court, 363 U.S. 278, 80 S.Ct. 1190, 4 L. Ed.2d 1218, the effect of such reversal being to affirm the decision of the Tax Court.

Now, therefore, it is ordered that the judgment of this court heretofore filed on April 8, 1959, reversing the decision of the Tax Court may be, and it is hereby, vacated; and it is further ordered that the decision of the Tax Court of the United States heretofore entered in said cause be, and it is hereby, affirmed.